UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAM HADAWAY,

    Plaintiff,

v.                                       Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

    Defendants.

## PARTIES' JOINT STATUS UPDATE

The Parties, by and through their respective counsel, submit the following joint status report to apprise the Court of the status of fact discovery and the likely need for extension of the discovery deadlines due to disruption caused by the COVID-19 pandemic.

On March 20, Governor Pritzker issued a stay in place order for the residents of Illinois, that directs all non-essential businesses and operations to cease and prohibiting gathering of larger than ten people. Governor Pritzker extended the initial stay in place order to last through April 30, 2020.

In similar fashion, on March 24, 2020, Governor Tony Evers, issued a Safer at Home stay at order for residents of Wisconsin with similar provisions directing all non-essential businesses and services to cease. The Wisconsin Safer at Home order was extended as well and is in effect through 8:00am on May 26, 2020.

Pursuant to this Court's scheduling order, fact discovery is set to close at the end of the day on November 20, 2020. Dckt. 15. At this time, the Parties anticipate that they will need an extension of time to complete fact discovery because of the delay the stay in place orders have caused in scheduling depositions in this matter.

The Parties will jointly seek an extension with a specific proposed date once the stay in place orders have lifted and they are able to ascertain the time required to complete fact discovery.

In the meantime, the Parties will continue to serve and respond to written discovery. Plaintiff has served his First Sets of Interrogatories on all Defendants and First Set of Request for Production to the City of Milwaukee. Defendants have outstanding responses to Plaintiff's interrogatory requests. Defendants will serve their responses on or before May 8 2020.

The Parties are discussing the possibility of conducting some limited number of depositions via videoconferencing that may be possible to proceed with in the next month. However, many depositions of the parties and third-party witnesses will require them to be conducted in person and the Parties both have agreed to schedule depositions once the stay in place orders have lifted.

The Parties will submit a joint stipulation to extend the fact discovery deadline to a proposed new date once they are able to ascertain when depositions can commence.

Dated:   4/20/2020                                    SAM HADAWAY, Plaintiff


/s/ Heather Lewis Donnell
HEATHER LEWIS DONNELL
Attorney for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen Street,
Third Floor
Chicago, Illinois 60607
Phone: 312-243-5900


Dates:   4/20/2020                                    GRANT F. LANGLEY, City Attorney


/s/ Naomi E. Gehling
NAOMI E. GEHLING
Assistant City Attorney
Attorney for Defendants City of
Milwaukee and Defendants Carl
Buschmann, James DeValkenaere, and
Robert Simon
200 East Wells Street, Room 800
Milwaukee, Wisconsin 53202-3551
Phone: 414-286-2621

## CERTIFICATE OF SERVICE

      I, Heather Lewis Donnell, an attorney, certify that on April 20, 2020, I filed a copy of the Parties' Joint Status Report via the Court's ECF/CM filing system and thereby served a copy of the same on all counsel of record.

      /s/ Heather Lewis Donnell