UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

SAM HADAWAY,

                Plaintiff,

v.                                                                      Case No. 19-CV-01106

CITY OF MILWAUKEE,
CARL BUSCHMANN, JAMES DEVALKENAERE,
ROBERT SIMON, and OTHER AS-OF-YET
UNKNOWN EMPLOYEES OF THE
CITY OF MILWAUKEE,

                Defendants.
_____

**DEFENDANTS' CIVIL L. R. 7(H) EXPEDITED
NON-DISPOSITIVE MOTION TO STAY PROCEEDINGS**
_____

      NOW COME Defendants, by their attorneys, Tearman Spencer, City Attorney, represented by Robin A. Pederson, Deputy City Attorney, and move this Court:

      **(1)** for a stay of all proceedings, hearings, and deadlines in this matter, including discovery deadlines, until August 2021; and

      **(2)** to please schedule a status conference with the attorneys and the Court in August 2021 in order to then discuss status and the imposition of new deadlines.

      This motion is based upon a high, and unprecedented, number of attorney departures from the City of Milwaukee City Attorney's Office in a short amount of time. Since the beginning of 2021, there have been 12 attorney departures, seven of them occurring in the last four weeks. Due to these attorney departures, the City Attorney's Office is significantly understaffed. The hardest hit section has been the litigation section of the office, which as of the date hereof has only five of nine attorney positions active and filled, with another vacancy

occurring in early June, meaning that in a matter of weeks, there will only be four of nine of the litigation section attorney positions staffed. This has caused the office to face a critical shortage of personnel, making it difficult, if not impossible, for the remaining attorney staff to cover all of the pending, and incoming, matters to a sufficient level of due diligence in meeting their professional and ethical obligations in representing their clients. The office is moving forward to hire personnel to fill the vacancies, and is anticipating hiring at least seven attorneys to begin in July.

Defendants respectfully submit this motion to this Court for its due consideration based upon the foregoing described and extraordinary circumstances.

Dated at Milwaukee, Wisconsin this 21st day of May, 2021.

                                                TEARMAN SPENCER
                                                City Attorney

                                                s/ Robin A. Pederson
                                                ROBIN A. PEDERSON
                                                Deputy City Attorney
                                                State Bar No. 1045759
                                                Attorneys for Defendants
                                                Milwaukee City Attorney's Office
                                                200 East Wells Street, Room 800
                                                Milwaukee, WI 53202
                                                Telephone: (414) 286-2601
                                                Fax: (414) 286-8550
                                                Email: rpederson@milwaukee.gov

1032-2019-1607:274715