# EXHIBIT 3



# Hadaway v City of Milwaukee, et al., re Plaintiff Production & reproduction

7 messages

**Dana Kondos** <kondos@loevy.com>
To: jalcala@nklawllp.com, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, mmccarter@nklawllp.com
Cc: Heather Lewis Donnell <Heather@loevy.com>, Gayle Horn <Gayle@loevy.com>, Lauren Lebata <Lauren@loevy.com>, Elliot Slosar <elliot@loevy.com>

Counsel-

Below is the link to the reproduction of Plaintiff's Production to date, please note it contains two files, one is the
entire production by Plaintiff to date and an additional file which is Bates number HADAWAY 044128-044129 which Heather provided earlier today :

https://spaces.hightail.com/receive/E4kRoT7IlE

Also attached is Bates number HADAWAY 044130-044140 which is being produced today for the first time.

Please let me know if you have any issues with any of the files.

Kindy,

**Dana Kondos, Paralegal**

(She/her/hers)
*LOEVY & LOEVY*
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (main office)
312-402-4216 (direct)
https://loevy.com/


**HADAWAY 44130-44141.pdf**
626K