UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAM HADAWAY,

    Plaintiff,

v.                                          Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

    Defendants.

## PARTIES' STIPULATION REGARDING EXPERT DISCOVERY

The Parties, by and through their respective counsel, submit the following stipulation regarding setting an expert discovery schedule.

WHEREAS, the Parties have met and conferred regarding an expert discovery and reached a proposed expert discovery deadline as follows:

- Plaintiff to disclose expert reports by December 3, 2022
- Defendants depose Plaintiff's experts and disclose their experts by January 13, 2023.
- Defendants to disclose expert reports by February 27, 2023
- Plaintiffs depose Defendants' experts by April 13, 2023

WHEREFORE the Parties respectfully request that the Court enter an order setting the Parties' proposed expert discovery schedule:

- Plaintiff to disclose expert reports by December 3, 2022

- Defendants depose Plaintiff's experts and disclose their experts by January 13, 2023.
- Defendants to disclose expert reports by February 27, 2023
- Plaintiffs depose Defendants' experts by April 13, 2023

Dated: September 30, 2022

**SAM HADAWAY, Plaintiff**

/s/ Heather Lewis Donnell
HEATHER LEWIS DONNELL
Attorney for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
Phone: 312-243-5900

**ATTORNEYS FOR DEFENDANTS**

Dates: September 30, 2022

/s/ Brian Wilson

Brian Wilson
Nathan & Kamionski LLP
33 W Monroe St - Ste 1830
Chicago, IL 60603
312-612-1928

## CERTIFICATE OF SERVICE

     I, Heather Lewis Donnell, an attorney, certify that on September 30, 2022, I filed a copy of the Parties' Stipulation Regarding Expert Discovery via the Court's ECF/CM filing system and thereby served a copy of the same on all counsel of record.

                                                    /s/ Heather Lewis Donnell