UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAM HADAWAY,

    Plaintiff,

v.                                                      Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

    Defendants.

## PARTIES' STATUS REPORT

The Parties, by and through their respective counsel, submit the following status report pursuant to the Court's Minute Order dated October 23, 2023. Dkt. 94.

On November 9, 2023, the Parties engaged in a mediation with the Honorable Charles N. Clevert through Jams. While the Parties were unable to resolve the case, they jointly seek an addition two-week stay to provide opportunity for the Parties to continue their efforts.

Accordingly, the Parties jointly seek a short extension of time until November 27, 2023, to engage in settlement negotiations and request that the Parties file a status update on their efforts and, if the negotiations have not reached resolution, the parties will advise on a renewed summary judgment briefing schedule

Dated:    11/10/2023                                           **SAM HADAWAY, Plaintiff**

/s/ Heather Lewis Donnell
HEATHER LEWIS DONNELL
Attorney for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
Phone: 312-243-5900

Dates: 11/10/2023

/s/ Brian Wilson

Attorney for Defendants
Nathan & Kamionski, LLP
33 W. Monroe, Ste. 1830
Chicago, Illinois 60603
Phone: 312-957-6649

## CERTIFICATE OF SERVICE

I, Heather Lewis Donnell, an attorney, certify that on November 10, 2023, I filed a copy of the Parties' Status Report and Stipulation Regarding Fact Discovery and Stipulation Regarding Expert Discovery via the Court's ECF/CM filing system and thereby served a copy of the same on all counsel of record.

/s/ Heather Lewis Donnell