UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

SAM HADAWAY,

Plaintiff,

v.  Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

Defendants.

## PARTIES' JOINT STATUS REPORT

The Parties, by and through their respective counsel, submit the following status report pursuant to the Court's Minute Order dated November 13, 2023. Dkt. 96.

The Parties have continued to engage in settlement discussions after the mediation with the Honorable Judge Charles N. Clevert on November 9, 2023. The Parties have agreed to continue their negotiations, however, in light of the fact that they have not been able to resolve the matter, both sides agree that the dispositive motion briefing schedule should be set. The Parties have agreed to the following schedule:

- Defendants' brief due on January 19, 2024
- Plaintiff's response due on February 16, 2024
- Defendants' Reply due on March 15, 2024

The Parties jointly request that the Court enter the agreed dispositive motion briefing schedule as set forth above.

Dated:11/27/2023                    Respectfully Submitted,


                                    /s/ Heather Lewis Donnell
                                    *Attorney for Plaintiff*


                                    Gayle Horn
                                    Heather Lewis Donnell
                                    Elliot Slosar
                                    LOEVY & LOEVY
                                    311 N. Aberdeen Street, Third Floor
                                    Chicago, Illinois 60607
                                    Phone: 312-243-5900

                                    /s/ Brian Wilson
                                    *Attorney for Defendants*

                                    Nathan & Kamionski, LLP 33 W. Monroe, Ste. 1830
                                    Chicago, Illinois 60603
                                    Phone: 312-957-6649