# EXHIBIT 11

EXHIBIT 2

ORIGNAL ①

PA-45 A
NAME: HADAWAY, SAM JOSEPH  D.O.B. 12-27-74   CIB FILE #
       LAST      FIRST    MIDDLE

ARREST DATE AND TIME: 10/25/95    CHARGE: STATUTE NO./ORD.NO. HOMICIDE
STATEMENT OF PRISONER CONTINUED:

ON THURSDAY, OCTOBER 25, 1995 AT 3:25 P.M. I DET. ERIC MOORE ADVISED SAM HADAWAY OF HIS MIRANDA WARNINGS WHICH HE STATES HE UNDERSTANDS AND WAIVES WISHING TO MAKE A STATEMENT WITHOUT AN ATTORNEY SAM J HADAWAY

RE: THE JESSICA PAYNE HOMICIDE
SAM STATES THAT HE DOES REMEMBER THE WHITE GIRL COMING OVER TO HIS HOUSE REAL LATE ONE NIGHT, A COUPLE OF MONTHS AGO. SAM BELEIVES THE TWO DETECTIVES WHO SPOKE TO HIM EARLIER MISUNDERSTOOD HIM OR SOMETHING, WHEN THEY WROTE DOWN THAT HE DIDN'T REMEMBER THE WHITE GIRL BEING AT HIS HOUSE. SAM STATES THAT WHAT HE WAS TRYING TO CONVEY WAS THAT, THE NIGHT THE GIRL WAS AT HIS HOUSE HE WAS DRUNK OFF SOME GIN. SAM STATES HE WAS DRINKING SEAGRAMS GIN, STRAIGHT AND HE KNOWS HE DRANK ALOT. SAM STATES THAT BECAUSE OF HIS CONDITION THAT NIGHT HE HAD FORGOTTEN ABOUT THE GIRL. SAM STATES THAT THE DAY AFTER THE GIRL WAS THERE AT HIS HOUSE, SAM'S SISTER TASHA AND HER BOYFRIEND TYRONE TOLD SAM THAT THEY (TASHA AND TYRONE) HAD SAW SOMETHING ON EITHER THE T.V. NEWS OR THE NEWSPAPER ABOUT A GIRL'S BODY BEING FOUND SOMEWHERE. TYRONE AND TASHA SAID THAT THEY DIDN'T KNOW IF
(NEXT PAGE) Sam J Hadaway

Det Eric Moore        0084 / SEC 5 / PAGE 46

INTERVIEWING OFFICER

Case 2:19-cv-01106-PP   Filed 02/02/24   Page 2 of 7   Document 104-11
MPD-SJH000734

| PA-45 A | | | | |
|---|---|---|---|---|
| NAME: | HADAWAY | SAM | JOSEPH | 12/27/74 |
| | LAST | FIRST | MIDDLE | D.O.B. |

CIB FILE #

ARREST DATE AND TIME: 10/25/95    CHARGE: STATUTE NO./ORD.NO. HOMICIDE

STATEMENT OF PRISONER CONTINUED:

IT WAS THE SAME WHITE GIRL THAT HAD BEEN OVER TO SAM'S HOUSE THE NIGHT BEFORE. AT THAT POINT TASHA AND TYRONE EXPLAINED TO SAM THAT THERE HAD BEEN A WHITE GIRL OVER TO THE HOUSE THE NIGHT BEFORE. ONLY AT THAT POINT DID SAM REMEMBER THAT A WHITE GIRL HAD STOPPED OVER TO HIS HOUSE. REMEMBERING TO THAT NIGHT SAM STATES THAT HE WAS ON HIS FRONT PORCH AT (1929/1931) W. GALENA STREET. ON THE PORCH WITH HIM WAS TYRONE EDWARDS, WHO LIVES DOWNSTAIRS WITH SAM'S SISTER TASHA. ALSO PRESENT WAS CORTEZ, CHUANTE AND TWO OR THREE HOMIES FROM THE HOOD WHO WERE FRIENDS OF TYRONE (UNKNOWN TO SAM) AND SAM BELIEVES HIS COUSIN KEITH WAS UPSTAIRS IN THE HOUSE. SUDDENLY A WHITE FEMALE WHO LOOKED REALLY YOUNG WALKED UP FROM N. 19TH STREET. SAM CAN'T DESCRIBE THE COLOR OF HER HAIR AND HE DOESN'T REMEMBER WHAT SHE WAS WEARING. THE WHITE GIRL WALKED UP AND SAT DOWN ON THE CONCRETE PORCH STAIRS. THE WHITE GIRL SAID "I'M LOST, I'M TRYING TO FIND A FRIENDS HOUSE ON KEEFE STREET." SAM STATES THAT EVERYBODY SAID "YOU'RE A LONG WAY FROM THERE."

INTERVIEWING OFFICER

PA-45 A
NAME: Hadaway, Sam Joseph
LAST  FIRST  MIDDLE  D.O.B.  CIB FILE #
ARREST DATE AND TIME: 10/25/95  CHARGE: STATUTE NO./ORD.NO.  Homicide
STATEMENT OF PRISONER CONTINUED:

The white girl said "Which way?" Everybody pointed north. The white girl then started walking east towards 19th Street alone. Sam went into his house to use the bathroom and upon coming back outside a couple minutes later, Sam observed the white girl walking west towards 20th St. (walking directly past Sam's house.) In the company of a unknown black male, who was wearing a dark jacket with a hood and some type of hat. Sam states he never saw the black male's face. Sam watched the white girl and the unknown black male disappear by the entrance to Lisbon Square by 20th-21st and Galena. ~~About ten minutes later Sam went back.~~ When Sam saw the ~~walking~~ white girl walking west. He also saw Cortez's car (green, 73 or 74 Buick) pulling onto 20th (northbound) from Galena St. Sam didn't see anybody who was in the car. The white girl couldn't have been in the car at that time. Sam simultaneously observed Chuante walking down 20th Street (southbound) from Galena St. on his

Det. Ernest Moore
INTERVIEWING OFFICER TO FURNISH Name, Rank, Payroll Number, Date and Time of Interview.

| PA-45 A | HADAWAY, SAM JOSEPH | | | 12-27-74 ④ |
|---|---|---|---|---|
| NAME: | LAST | FIRST MIDDLE | D.O.B. | CIB FILE # |
| ARREST DATE AND TIME: 10/25/95 | | CHARGE: STATUTE NO./ORD.NO. HOMICIDE | | |

STATEMENT OF PRISONER CONTINUED:

WAY HOME. (AT THIS POINT IN THE INTERVIEW, I, DET. MOORE ADVISED SAM THAT IT DIDN'T MAKE SENSE TO ME THAT CHUANTE WOULD BE WALKING HOME LATE AT NIGHT TO 24TH AND BEECHER, WHEN CORTEZ WAS LEAVING AT THE SAME TIME IN A CAR. SAM STATED HE COULD SEE THAT NOT MAKING SENSE BUT THATS WHAT HAPPENED.). SAM WENT BACK INTO THE HOUSE AND THREW UP ON HIMSELF. AFTER THAT SAM WENT TO SLEEP AND HE DOESN'T REMEMBER WHAT TIME IT WAS. SAM STATES THAT THIS IS ALL THAT HE RECALLS ABOUT THE NIGHT THAT THE WHITE GIRL CAME OVER TO HIS HOUSE. REGARDING THE AREA OF 7TH AND BURLEIGH SAM STATES THAT THE ONLY PERSON THAT HE KNOWS FROM THAT AREA IS A DUDE NAMED K.J. THE D.J. WHO LIVED OVER THERE (EXACT HOUSE UNKNOWN) AND ALSO K.J.'s BROTHER'S BRUCE AND SCOOTER. SAM STATES HE USE TO KICK IT WITH THEM UNTIL 1992.

SAM WAS ASKED ABOUT AN INCIDENT THAT ALLEGEDLY OCCURRED AROUND THE TIME OF THE VICTIM'S DEATH. SH THERE ACCORDING TO A FEMALE

INTERVIEWING OFFICER TO FURNISH Name, Rank or Payroll Number, Date and Time of Interview.

PA-45 A

NAME: HADAWAY, SAM JOSEPH   D.O.B. 12/27/74   CIB FILE #

ARREST DATE AND TIME: 10/25/95   CHARGE: STATUTE NO./ORD.NO. HOMICIDE

STATEMENT OF PRISONER CONTINUED:

INFORMANT, CORTEZ BRAGGED ABOUT HAVING A WHITE FEMALE FOR SALE. THIS ALLEGEDLY OCCURRED AT A RESIDENCE IN THE AREA OF 24TH AND LOCUST STREETS. SAM STATES HE REMEMBERS THIS INCIDENT HOWEVER HE BELIEVES IT OCCURRED APPROXIMATELY TWO WEEKS BEFORE THEY SAW THE WHITE GIRL IN THE AREA OF HIS (SAM'S) HOUSE. SAM STATES THAT AT THAT TIME, CORTEZ AND CORTEZ' COUSIN "ANT" (B/M 21 OR 22 YOA) PICKED HIM (SAM) UP AT 1931 W. GALENA ST. CORTEZ WAS DRIVING HIS (CORTEZ') CAR. THEY THEN DROVE TO ONE OF CORTEZ' FRIENDS HOUSE SH AROUND COLUMBIA PARK (12TH & BURLEIGH) WHERE CORTEZ BOUGHT A EIGHTBALL OF COCAINE. THE THREE OF THEM THEN RODE TO CORTEZ' AUNTIE'S HOUSE AT 24TH AND LOCUST. ALL THREE OF THEM WENT IN AND CORTEZ GAVE HIS AUNTIE A ROCK (COCAINE) TO TEST. CORTEZ' AUNTIES OLD MAN (BOYFRIEND BLACK MALE 40ISH) STARTED SNAPPING ABOUT DRUGS BEING IN HIS HOUSE. SO THE THREE OF THEM LEFT. SAM STATES THAT AT NO TIME WAS THERE ANY MENTION OF A WHITE GIRL. SAM STATES THAT ANT LIVES IN BROWN DEER SOMEWHERE WITH HIS GIRLFRIEND.
(NEXT PAGE)

INTERVIEWING OFFICER TO FURNISH Name, Rank & Payroll Number, Date and Time of Interview.

| | | | | | |
|---|---|---|---|---|---|
| PA-45 A | | | | ⑥ | 12-27-74 |

NAME: HADAWAY, SAM JOSEPH
LAST / FIRST / MIDDLE / D.O.B. / CIB FILE #

ARREST DATE AND TIME: 10/25/95  CHARGE: STATUTE NO./ORD.NO. HOMICIDE

STATEMENT OF PRISONER CONTINUED:

SAM STATES THAT HE WOULD JUST LIKE TO SAY AGAIN THAT HE DID'NT HAVE ANYTHING TO DO WITH THE WHITE GIRL GETTING KILLED AND HE DOES'NT KNOW WHY CORTEZ SAID HE DID. *Sam J Hadaway*

[Signatures] 10/26/95 8:00 AM

INTERVIEWING OFFICER TO FURNISH Name, Rank and Payroll Number. Date and Time of Interview.

Case 2:19-cv-01106-PP Filed 02/02/24 Page 7 of 7 Document 104-11
MPD-SJH000739
8084 / SEC 5 / PAGE 51