# EXHIBIT 14

| PO-15B SUPPLEMENTARY REPORT | Date of Report | Incident/Accident # |
|---|---|---|
| MILWAUKEE POLICE DEPARTMENT | 11-01-95 | 95-66895/M-3084 |
| INCIDENT | Date of Incident/Accident | Rep. Code # |
| HOMICIDE | 8-30-95 | |
| VICTIM | LOCATION OF INCIDENT | DIST |
| PAYNE, Jessica R. | 3116 North 7th Street | 5 |
| JUVENILE Last Name First | Middle | Date of Birth |

| QUANT | TYPE OF PROPERTY | DESCRIPTION |
|---|---|---|
| SERIAL # CODE # VALUE | | |

On Wednesday, 11-1-95, at 11:26 A.M., the subject, **Sam J. HADAWAY,** was questioned at the CIB where he was fully advised of his Miranda Warnings, which he stated that he understands, and he signed a Miranda Warning form.

Regarding the homicide of **Jessica PAYNE,** at 7th and Burleigh, Sam now said that he didn't tell the other detectives everything about Jessica's death. He now wants to tell the entire truth about what happened that night. He said he told the truth about first meeting the white girl. That he and "Tae" (**Chaunte OTT**) and others were shooting dice at his house on the porch. The white girl did walk passed and said that she was lost. There was a discussion then that they should rob her, but Sam doesn't know who said this. He took it as a joke. Later he and "Tae" got into "Cortez's" auto (**Richard GWIN**). The white girl got in with them and they were all going to buy some weed. Sam said all of this was told to the other detectives.

At 7th and Burleigh "Cortez" stayed in the car and he, "Tae" and the white girl got out. Sam, again said it was at this point "Tae" didn't take the robbing the girl as a joke and "Tae" began asking the girl "what you got?". The girl began struggling with "Tae". Sam said the girl was up against the house, standing up with her back against the house. "Tae" said to Sam, "Help me", and Sam said he just looked at "Tae". "Tae" said, "You're already part of this." Sam said he pushed the white girl's hands above her head and against the house. Sam said "Tae" was saying, "What you got?", and he saw her grabbing at her clothes as if searching for money. Sam said, one of her hands broke loose so "Tae" said, "I'll grab her hands, you search her pockets." Sam said he did grab the front

SAO000452

pockets on the outside. He said he never went inside her pockets. Sam said he told "Tae", "She doesn't have anything, let's go." "Tae" told Sam, "She's fittin' to give up something."

Sam said the rest of what happened, he already told detectives.

During the interview, Sam and **Detective SIMONS** roll played on what he did and what the white girl did. Sam held my hands above (Detective SIMONS) my head just as he did to the white girl. He then showed me how he searched the girl's pockets. Sam said his left hand is weaker than his right hand, so the girl did break one of her hands free.

Sam did explain to me as he did to **Detectives BUSCHMANN and James DEVALKENAERE** about what he did after searching the girl's pockets. He said everything else is true about what happened on the mattress. He said he didn't tell them about holding the girl's hands or going through her side pockets.

Detective BUSCHMANN was present when this statement was made and Sam, again, said he never did anything to the girl while she was on the mattress. He didn't cut her, hold her down, or touch her in anyway.

The interview ended at 12:40 p.m.

The subject, Sam J. HADAWAY, signed his name to the bottom of a two page statement. He was also given a can of Pepsi to drink.

Report dictated by: Detective Robert SIMONS.

RS/kt  11-1-95

| REPORTING OFFICER | PAYROLL # | LOC. CODE | SUPERVISOR SIGNATURE |
|---|---|---|---|
| Detective Robert SIMONS | 34734 | 91 | *Lt Karu* |

00329