UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF WISCONSIN

SAM HADAWAY,

    Plaintiff,

v.                                                 Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

    Defendants.

## PARTIES' STIPULATION REGARDING EXTENDED DISPOSITIVE MOTION DEADLINES

The Parties, through their respective counsel, submit the following stipulation requesting an extension for dispositive motion deadlines. On February 2, 2024, the Defendants filed their motion for summary judgment. Dkt. 102. Plaintiff's response is due on March 14, 2024, and Defendants' reply is due on April 19, 2024, pursuant to the Court's briefing order. Dkt. 110. The parties propose the following deadlines be extended by the Court:

- Plaintiff's response to Defendants' Motion for Summary Judgement due on March 18, 2024

- Defendants' reply to Plaintiff's Response due on April 19, 2024

WHEREAS, the Parties are in need of additional time due to counsels' obligations in other matters, including pre-trial matters for a trial the commences on April 1, 2024. Plaintiffs are also still awaiting receipt of deposition testimony that has not yet been transcribed, but anticipate that they will receive in the next day.

WHEREAS, no Party will suffer prejudice by this extension, nor will this extension materially delay resolving the case.

1

WHEREAS, the Parties have met and conferred and reached an agreed revised proposed schedule as follows:

- Plaintiff's response to Defendants' Motion for Summary Judgement due on March 18, 2024

- Defendants' reply to Plaintiff's Response due on April 19, 2024

WHEREFORE the Parties respectfully request that the Court enter an order setting the Parties' proposed extension.

Dated: 3/11/2024                                            Respectfully Submitted,


/s/ Heather Lewis Donnell
*Attorney for Plaintiff*


Gayle Horn
Heather Lewis Donnell
Elliot Slosar
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
Phone: 312-243-5900

/s/ Brian Wilson
*Attorney for Defendants*

Nathan & Kamionski, LLP 33 W. Monroe, Ste. 1830
Chicago, Illinois 60603
Phone: 312-957-6649