UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF WISCONSIN

SAM HADAWAY,

    Plaintiff,

v.                                                              Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

    Defendants.

## STIPULATION SEEKING LEAVE FOR ADDITIONAL PAGES

WHEREAS, the Parties, through their respective counsel, submit the following stipulation requesting leave for additional pages.

WHEREAS, on February 2, 2024, the Defendants filed their motion for summary judgment. Dkt. 102. Plaintiff's response is due on March 120, 2024, and Defendants' reply is due on April 19, 2024, pursuant to the Court's briefing order. Dkt. 117.

WHEREAS, Plaintiff requests leave to file 17 additional pages in his response to be able to adequately address the legal issues and qualified immunity defenses raised in the Defendants' motion for summary judgment. Due to this request, Plaintiff is not opposed to Defendants' reply brief having additional pages, should Defendants request additional pages.

WHEREAS, no Party will suffer prejudice by this request.

WHEREAS, the Parties have met and conferred, and Defendants do not oppose this request for additional pages.

WHEREFORE, the Parties respectfully request that the Court enter an order granting Plaintiff leave to file a response brief with seventeen (17) additional pages, not to exceed

1

forty-seven (47) pages in response to the Defendants' motion for summary judgment.

Dated: 3/20/2024                                        Respectfully Submitted,


/s/ Heather Lewis Donnell
*Attorney for Plaintiff*


Gayle Horn
Heather Lewis Donnell
Elliot Slosar
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
Phone: 312-243-5900

/s/ Brian Wilson
*Attorney for Defendants*

Nathan & Kamionski, LLP 33 W. Monroe, Ste. 1830
Chicago, Illinois 60603
Phone: 312-957-6649