IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SAM HADAWAY, | ) | |
| Plaintiff, | ) ) ) | Case No. 2:19-cv-01106-PP |
| v. | ) ) | Judge Pamela Pepper |
| CITY OF MILWAUKEE, et al., | ) ) | |
| Defendants | ) ) ) | |

**PLAINTIFF'S EXHIBIT LIST**

Exhibit 1:   Morrow Preliminary Hearing Testimony in *Wisconsin v. Ott*

Exhibit 2:   Declaration of Dennis Waller

Exhibit 3:   Richard Teggatz Testimony

Exhibit 4:   Deposition of Carl Buschmann dated 4/7/2021

Exhibit 5:   Deposition of Carl Buschmann dated 6/30/2010

Exhibit 6:   Hadaway Claims Board Decision

Exhibit 7:   Deposition of Sam Hadaway dated 8/31/2022

Exhibit 8:   Deposition of Katherine Spano dated 11/11/2021

Exhibit 9:   Affidavit of Deanna Lankford dated 2/10/2023

Exhibit 10:  Affidavit of Deanna Lankford dated 3/28/2023

Exhibit 11:  Deposition of Cameo Barbian-Gayan dated 12/1/2021

Exhibit 12:  Deposition of Mark Williams dated 9/9/2022

Exhibit 13:  Case Details: *State v. Ellis*

Exhibit 14:  Deposition of Eric Moore dated 8/29/2022

Exhibit 15:  Moore Report dated 1/9/1996

Exhibit 16:  Deposition of Latonia Cooper dated 5/13/2011

Exhibit 17:  Deposition of Sandra Giles dated 10/10/2011

Exhibit 18:  Deposition of James DeValkenaere dated 4/12/2012

| | |
|---|---|
| Exhibit 19: | Morrow Supplemental Report dated 10/10/1995 |
| Exhibit 20: | Schuler Supplemental Report dated 8/31/1995 |
| Exhibit 21: | Deposition of James DeValkenaere dated 3/25/2021 |
| Exhibit 22: | Deposition of Donald Domalgalski dated 12/10/2021 |
| Exhibit 23: | Deposition of Diana Rowe dated 5/7/2011 |
| Exhibit 24: | DeValkenaere Supplemental Report dated 10/4/1995—Rozell |
| Exhibit 25: | DeValkenaere Supplemental Report dated 10/4/1995—Smith |
| Exhibit 26: | DeValkenaere Supplemental Report dated 10/4/1995—Giles |
| Exhibit 27: | DeValkenaere Supplemental Report dated 10/27/1995—Gwin Part I |
| Exhibit 28: | DeValkenaere Supplemental Report dated 10/27/1995—Gwin Part II |
| Exhibit 29: | Deposition of Teresa Jones dated 9/8/2022 |
| Exhibit 30: | Deposition of Antoinette M. Rozzell dated 9/19/2022 |
| Exhibit 31: | Corrected Report of Melissa Russano— *unredacted copy filed under seal* |
| Exhibit 32: | DeValkenaere Supplemental Report dated 10/27/1995—Gwin Part III |
| Exhibit 33: | Gwin Handwritten Statement dated 10/24/1995 |
| Exhibit 34: | Gwin Handwritten Statement dated 10/25/1995 |
| Exhibit 35: | Gwin Polygraph Report—*filed under seal* |
| Exhibit 36: | Giles Polygraph Report—*filed under seal* |
| Exhibit 37: | Ott Claims Board Decision |
| Exhibit 38: | Deposition of Ricky Burems dated 8/26/2010 |
| Exhibit 39: | Burems Supplemental Report dated 10/25/1995 |
| Exhibit 40: | Deposition of Tasha Hadaway dated 7/18/2022 |
| Exhibit 41: | Expert Report of Vincent Culotta—*unredacted copy filed under seal* |
| Exhibit 42: | Michael Dubis Notes |
| Exhibit 43: | Deposition of Michael Dubis dated 6/30/2010 |
| Exhibit 44: | Deposition of Robert Simons dated 7/6/2022—*filed under seal* |
| Exhibit 45: | Hadaway Arther Procedures |
| Exhibit 46: | Hadaway Polygraph Background Form |

| | |
|---|---|
| Exhibit 47: | Deposition of Eric Moore dated 8/23/2010 |
| Exhibit 48: | Sam Hadaway Statement to Eric Moore |
| Exhibit 49: | Sam Hadaway Statement dated 10/27/1995 |
| Exhibit 50: | Buschmann Supplemental Report dated 10/27/1995 |
| Exhibit 51: | Buschmann Personnel File—*filed under seal* |
| Exhibit 52: | DeValkenaere Personnel File—*filed under seal* |
| Exhibit 53: | Plaintiff's Responses to Defendants' First Set of Interrogatories |
| Exhibit 54: | Buschmann Deposition Exhibit 12 |
| Exhibit 55: | Hadaway Polygraph Report |
| Exhibit 56: | Corrected Report of Daniel Sosnowski |
| Exhibit 57: | Rebuttal Report of Daniel Sosnowski |
| Exhibit 58: | Buschmann Supplemental Report dated 11/1/1995 |
| Exhibit 59: | Sam Hadaway Statement dated 11/1/1995 |
| Exhibit 60: | Sam Hadaway Testimony dated 2/27/1996 |
| Exhibit 61: | Sam Hadaway Testimony dated 2/28/1996 |
| Exhibit 62: | Buschmann Training Records |
| Exhibit 63: | DeValkenaere Training Records |
| Exhibit 64: | Simons Training Records |
| Exhibit 65: | 1999 Crime Scene Investigation Training |
| Exhibit 66: | 1997 Report Writing Training |
| Exhibit 67: | Deposition of Carl Buschmann dated 4/12/2012 |
| Exhibit 68: | Deposition of James DeValkenaere dated 6/22/2010 |
| Exhibit 69: | City's Response to Plaintiff's First Set of Interrogatories |
| Exhibit 70: | Wallace Supplemental Report dated 9/4/1995 |
| Exhibit 71: | Declaration of Mark Williams |
| Exhibit 72: | Hadaway Sentencing Transcript |
| Exhibit 73: | Wallace Polygraph Report—*filed under seal* |
| Exhibit 74: | Journal Sentinel Article |

Exhibit 75:   Arther Procedures—Gwin—*filed under seal*

Exhibit 76:   Clearance Report

Exhibit 77:   Deposition of Eric Moore dated 5/7/2012

Exhibit 78:   Milwaukee Police Department General Order Rule 4