UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAM HADAWAY,

Plaintiff,

v.

Case No. 2:19-cv-01106-PP

CITY OF MILWAUKEE, et al.,

Defendants.

# Exhibit 74

MILWAUKEE JOURNAL SENTINEL

# METRO

SATURDAY, SEPTEMBER 2, 1995 — FINAL EDITION — SECTION B

Chiapas rebellion is biblical, say priests from Mexico
Page 2

At Madame Tussaud's, visitors wax over movie star
Page 6

JOYCE EVANS

## Bringing back executions isn't easy way out

*First of four columns on the death penalty*

It's cheaper to keep 'em behind steel bars for life.

The average person thinks it's more cost-efficient to kill heinous murderers or serial killers than to provide three hots and a cot for those who get life in prison.

Wrong. Capital punishment's cost and its ability to act as a deterrent are greatly misrepresented as the issue again is about

to reinstate it. The latest death-penalty bill is pending in the Senate's State Government Operations and Corrections Committee and has not been scheduled for debate.

Questions abound on capital punishment, but a universal one is: Isn't it cheaper to kill the person?

Pro-death penalty politicians who think taxpayers pay too much for life imprisonments ask it. And taxpayers, who believe criminals behind bars lounge around like the wealthy, ask it because they figure that state execution is an inexpensive way out.

No studies or cost data support these vivid imaginations.

An in-depth death penalty study for New York placed the cost of executing a prisoner at more than $1.8 million in 1982, according to the NAACP Legal Defense and Educational Fund. (After 18 years of gubernatorial refusals, New York's Gov. George Pataki signed a bill reinstating the death penalty in March.)

> Questions abound on capital punishment, but a universal one is: Isn't it cheaper to kill the person?

The New York study is a staggering, but modest, figure because the $1.8 million alone is three times the cost of incarcerating a prisoner for life . . . modest because it only covers the cost of the original trial and the long appeal process. Without even including the cost of keeping these killers on death row, the $1.8 million still is a luxury as pricey as caviar.

Other studies also eloquently report that the cost to fry 'em or inject 'em with a deadly serum is substantially higher than the price tag for life imprisonment.

Executions in Florida cost $3.18 million per person, and more than 240 years of imprisonment could be funded for that price, according to an American Bar Association study.

Amnesty International offers these statistics from death-penalty states:

- California spends an estimated $90 million per year to carry out the death penalty.
- Kansas, which joined the death penalty states in July 1994, estimated that each trial would cost $116,000 more than a non-death-penalty murder trial.
- Texas spends an estimated $2.3 million per average death penalty case, about three times the cost for 40 years of imprisonment for an inmate in the highest-security single cell.

Texas, which has a reputation for state-sanctioned vengeance, has put to death more than 70 inmates since 1976, and close to 400 others sit on death row. Its murder rate remains one of the highest in the nation.

The painful summation is that just a few people are put to death for an astronomical cost, and that undermines overall justice. Why? The cost of execution slices deeply into the resources to operate prison systems and to punish non-death row inmates — and law-abiding citizens still fear for their safety.

Deterrence, huh? If there were a correlation between state execution and deterrence of crime, Texas would have fewer murders.

Will Wisconsin be blinded by the illusion of a Texas-size bite on capital crime?

*Next Saturday: Perspective on pro-life, pro-death.*

# Chicago gang arrests help here

**Such roundups limit members' presence in Wisconsin, officials say**

By Dave Daley
of the Journal Sentinel staff

The roundup of more than three dozen alleged members of the Gangster Disciples, the notorious Chicago street gang, will undoubtedly have one major effect on Milwaukee, law enforcement officials said Friday.

There is strong evidence that Chicago street gangs already have set up operations in Milwaukee, Kenosha and Madison. But each time Chicago authorities crack down on gang members, the net result is that fewer will migrate to Wisconsin, which gang members in Los Angeles as well as in Chicago have long considered fertile ground for drug trafficking.

So the Thursday drug indictments of 39 men allegedly tied to the Gangster Disciples was good news for Milwaukee authorities.

"There is a history of Chicago people coming up here, so taking them off the street there helps us, too," said Capt. Kenneth J. Meuler, head of the Milwaukee Police Department's gangs intelligence unit.

Meuler declined to describe in detail the magnitude of Milwaukee's gang problem and would not comment on ongoing investigations. "But from all indications, we do not have the same kind of problem that Chicago has," Meuler said.

The sweep of south side Chicago neighborhoods to arrest alleged top members of the Gangster Disciples did not involve any concurrent arrests in Milwaukee, Meuler added.

But since Jan. 1, Milwaukee police have taken approximately 550 guns off the streets — mostly from suspected gang members — and made a

*Please see* **GANGS** *page 4*

## *A flock of friends, all in the pink*

GARY PORTER/STAFF PHOTOGRAPHER

**Having fun at what is billed as the largest event for senior citizens in the state, John Gottwald (left), Jackie Gottwald and Gretta Van Tussi have their picture taken while a boy** pokes his head in front of the flamingo exhibit Friday at the Milwaukee County Zoo. The daylong event featured health screening, vision testing, cooking demonstrations and music. The event, which was expected to draw 6,000 people, was sponsored by Aurora Health Care, GranCare, Milwaukee Protestant Home and the zoo.

SECOND-HAND COST NOT YET PASSED ON

# Smokers to inhale 6-cent tax increase

**Statewide levy per pack rises to 44 cents**

By Richard P. Jones
of the Journal Sentinel staff

**Madison** — A 6-cent increase in Wisconsin's cigarette tax took effect Friday, boosting the tax per pack from 38 to 44 cents. It will cost the state's smokers about $2 million more a month.

The tax increase, however, was not immediately passed on to consumers at one busy convenience store on Madison's south side.

"I doubt that you'll see anything right off the bat, because most places probably aren't changing their prices yet," said the store manager, who did not want to be identified.

"They're probably waiting to see what their competitors are doing," the manager added.

*Please see* **SMOKE** *page 5*

# Power company pumps up customer service

**Caller hang-ups force Wisconsin Electric to increase staff, hours**

By Lee Bergquist
of the Journal Sentinel staff

Wisconsin Electric Power Co. on Saturday will increase the staffing and hours of its customer service operations to help ease what the company says are unacceptable waiting times for callers.

The Milwaukee-based utility said it would add 35 employees to its current arsenal of 143 phone operators, and expand hours by 34%.

An internal Wisconsin Electric memorandum shows that 31% of all callers from the Milwaukee-Racine area last week hung up before being connected to a customer service representative. That compared to 13% for the same period last year.

On one day, Aug. 22, 42% of callers hung up before getting through, the memorandum said.

Hot and stormy weather this summer has exacerbated the situation, but Kristine Rappe, Wisconsin Electric's vice president of customer service, said the company had not been pleased with response times over the last couple of years.

Rappe called the current level of response to customers "unacceptable," but she add-

*Please see* **ELECTRIC** *page 4*

# Father angered, confused after daughter's killing

**South Milwaukee teen would have begun junior year this week**

By Bob Helbig
of the Journal Sentinel staff

South Milwaukee — Jessica Payne should have spent this week starting her junior year at South Milwaukee High School. Instead, Milwaukee police spent the week trying to find out who killed her and left her body so far from home.

Family members say Jessica, 16, was a lovable but free-spirited girl who was at that difficult stage many teenagers experience. She didn't enjoy school much, she wanted to come and go as she pleased, and she wanted to hang around with new friends.

She left home Sunday following a run-in with South Milwaukee police. Jessica told her father, Michael, that she and some friends wanted to meet some boys in Milwaukee. It wasn't until Wednesday that her body was found and her father was told she had been murdered.

"I'm pretty much in the dark about what happened," Michael Payne said Friday in the back yard of his South Milwaukee home. "I'm very frustrated. I'm very angry. It's just unbelievable that something like this would happen to her."

Milwaukee detectives continue to search for the person who cut Jessica's throat and left her in a yard behind an abandoned Milwaukee home at N. 7th and W. Chambers streets. Anyone with information about her recent whereabouts or death is asked to call police at 935-7302.

**Jessica Payne, 16, was found** murdered Wednesday.

Jessica transferred to South Milwaukee High School for the second semester of 10th grade earlier this year, Principal Donald Vander Velden said.

Vander Velden said he did not know Jessica personally, but some of her former teachers and other staff members who had contact with her said she had been going through some personal difficulties.

Jessica also struggled academically, and she did not have a strong attendance record, Vander Velden said. According to school records, Payne was absent 47 out of 90 school days.

"She was getting sick of school, and she wanted to start going to work," Michael Payne said. "She wanted her independence."

Payne said he expected Jessica to enroll for the new school year Monday, but she left home Sunday night. Her disappearance followed a troubling weekend for her and her family.

On Saturday night, Jessica and two friends were picked up by South Milwaukee police for fighting with another girl at the US Gas station, at 10th and Manitoba avenues.

Michael Payne said he picked Jessica up from the Police Department on Sunday morning. Police told Jessica she would soon have to make an appearance in Milwaukee County Children's Court, possibly facing delinquency charges of battery and obstructing police.

Sometime Sunday night, Jessica slipped out of her bedroom window.

Her father said he was not happy with some of the friends Jessica had been spending time with. But she

*Please see* **MURDER** *page 4*

Case 2:19-cv-01106-PP Filed 03/20/24 Page 2 of 3 Document 119-74

# Gangs/Members move to Milwaukee

From page 1

number of arrests for gang-related crimes including drug trafficking, murder and sexual assault, Meuler said.

"Our gang squad is a very aggressive unit, and they have been successful in identifying gang members and identifying the gangs they've been involved in," Meuler added. "We want to identify these people, get them off the street."

Most law enforcement officials here agree that to track the spread of street gangs in Wisconsin, you have only to follow the bodies:

■ In July, a Gangster Disciple was shot down in Kenosha.

■ In June, an 18-year-old gang leader was stabbed and buried in a silo near Appleton.

■ In February, a suspected gang member was stabbed three times outside a Green Bay apartment.

■ And in May in Milwaukee, still the heart of street gang operations in the state, police tracked a gun used in a 1994 gang murder to an illegal ring set up by a Brillion schoolteacher and a former teacher. The two men have pleaded guilty to using false gun forms from teachers to dodge background checks.

Street gangs are alive and well in Wisconsin, despite increasing efforts by city, state and law enforcement agencies to track, arrest and put behind

don't have the problem here that they do. In Chicago and Detroit, they're in their third and fourth generation of gang members. You've got 40-plus-year-olds selling drugs, but in Milwaukee, our street gangs have cropped up only in the last 15 or so years."

Milwaukee had a reputation as an "open city," where big, out-of-state gangs felt free to set up shop without worrying about local dope dealers retaliating, the prosecutor said. In Chicago, an outside rival moving in would have triggered a bloody gang war, the prosecutor said.

"Milwaukee pales in comparison to what goes on in Chicago," the prosecutor added. "In Chicago, the gangs control large sections of the public housing projects. There, you have to pay them just to ride the elevators."

In the late 1980s, the notorious Los Angeles-based Crips gang expanded its drug operations into a Milwaukee branch and, at its peak, operated at least six homes in the inner city.

But an Organized Crime Drug Enforcement Task Force made up of the Police Department, the federal Bureau of Alcohol, Tobacco and Firearms, and the U.S. Drug Enforcement Administration broke up the Crips' operation, indicting 12 top-ranking gang members and seizing nearly $130,000 in cash.

This spring, the last of the 12 defendants was sentenced, getting 50 years in prison.

U.S. Attorney Thomas P. Schneider praised what he [illegible]

les had moved into the city in recent years to sell drugs because the local gangs were not strong enough to keep them out.

"There's a difference between street gangs here and street gangs in Chicago and Detroit," the prosecutor said. "We

"There is a [illegible] that only the little guys — the street dealers — are being arrested and sent to jail," Schneider said. "As this case demonstrates, we have had considerable success in our efforts to focus on large-scale drug importation and distribution rings."

# Electric/Utility pumps up customer service

From page 1

ed that thunderstorms or oppressive high temperatures can drive up the number of callers who grow weary of waiting and hang up.

She also pointed out that the company's field work — response to power outages and other repairs — has not been in question.

Wisconsin Electric — the state's biggest utility, with 938,000 customers — began advertising its new customer phone service hours on Friday: 6 a.m. to midnight on weekdays, 8 a.m. to 5 p.m. on Saturdays. Previous hours were 7 a.m. to 9 p.m. on weekdays and 8 a.m. to noon on Saturdays.

Wisconsin Electric's phone number for customer service is 221-3333 in metropolitan Milwaukee or 1-800-242-9137 outside the Milwaukee area.

An internal company memorandum said the average wait during the weeks of Aug. 7-12 and Aug. 21-26 ranged from two minutes to more than five minutes.

Wisconsin Electric, which fields an average of 5,500 calls a day, would like to reach industry standards of excellent performance by handling 80% of all calls within 30 to 40 seconds.

Expanding hours is not entirely the utility's idea. The state Public Service Commission also has expressed its dissatisfaction over long wait times with the company over the past year.

Joyce Narveson, administrator of the agency's consumer affairs division, said the company's performance fell below other major gas and electric utilities in the state. But she said it was not below the level of service of

**WHERE TO CALL**

◆ **Phone:** Wisconsin Electric Power Co.'s telephone number for customer service is 221-3333 in metropolitan Milwaukee or (800) 242-9137 outside the Milwaukee area.

◆ **Hours:** New customer service hours are 6 a.m. to midnight on weekdays, and 8 a.m. to 5 p.m. on Saturdays.

Ameritech Corp., the state's largest phone service provider.

The PSC ordered its staff a week ago to investigate chronic service troubles at the phone company after receiving a rising tide of complaints from consumers across the state.

Rappe insisted that ebbing customer service has not been caused by cutbacks at the utility. Wisconsin Energy Corp., the parent of Wisconsin Electric, has cut 20% of its work force over the last two years.

Also, the utility apparently is taking some pains to not paint itself with the same brush as Ameritech, which has acknowledged that downsizing left it vulnerable.

A separate internal memorandum it handed out to employees recently said, "This is not an Ameritech situation."

One reason for the slow response time is that call traffic has increased about 30% over the past three years, Rappe said.

# Murder/Father left angered, confused

From page 1

still was helping around the house and spending time with her 11-year-old brother, Wade.

"There was no reason to kill Jessica," he said. "She wasn't doing drugs. She wasn't involved with gangs."

Aside from wanting his daughter's killer captured, Michael Payne said he hoped other teenagers would learn a hard lesson about making the right [illegible]

"Kids just aren't safe any more," he said.

*Kathy Khang of the Journal Sentinel staff contributed to this report*

# OBITUARIES

## Aviator Oscar Menzel flew in World War II

By Eldon Knoche of the Journal Sentinel staff

Oscar W. Menzel flew mail routes for Northwest Airlines in the early days of aviation and flew cover for actor Jimmy Stewart's bomber during World War II.

He also claimed to have run a little moonshine into Wisconsin for the Chicago mob.

Menzel, of Milwaukee, died of natural causes Wednesday at Mequon Care Center. He was 84.

Menzel was born Jan. 1, 1911, a date he frequently mentioned by telling people he was born on "one-one-one-one."

Raised in Jefferson, he took an early liking to motors and airplanes, flying his first plane as a teenager. Flying mail runs with no radios aboard sometimes made for interesting foggy days with the aircraft landing on farm fields in search of its destination.

With the war on the horizon, Menzel joined the Canadian Air Force, ferrying Lockheed-Hudson planes from California to Halifax to England for the Royal Air Force. When the United States entered the war, he became part of the U.S. 9th Army Air Force, serving as a bomber pilot and P-38 fighter pilot. It was as a fighter pilot that he help[ed] protect Stewart's bombing flights over Germany.

the war as a colonel, flew 20 combat missions over Europe. Fresh from an Academy Award win for his 1940 performance in "The Philadelphia Story," Stewart worked hard to make his men forget he was a movie star. Because of his hard work, the airmen respected him as a bomber commander.

When Menzel returned home, he worked as a carpenter and operated the company Electric Motors before going to work for Dietz Electric Co., where he was employed for more than 30 years, retiring in his late 70s.

As much as he enjoyed motors, life was not all work for Menzel. He played the steel guitar and had his own country-Western band, The Herdsmen, in the early 1950s. For a couple of years, the band played once a month at Nick's Nicabob (now at 3419 W. Forest Home Ave.) and other bars.

Later in life, he helped form the Pee Wee Motorcycle Club, where youngsters aged 4 to 7 race 50cc cycles at tracks around the area. The kids called him "Grandpa."

His wife, Norma, died in 1962.

He is survived by three sons, Robert, of San Antonio, and William and Richard, of Milwaukee; and a daughter, Susan Ocasio, of Milwaukee.

Visitation will be from 11 a.m. to noon Saturday at Pinelawn [illegible]

## Sprangers starred at basketball

By Eldon Knoche of the Journal Sentinel staff

A funeral service will be held Saturday for Walter P. Sprangers, former director of the Allen-Bradley Co. recreation department and president of the Wisconsin Amateur Athletic Union in the 1950s.

Sprangers, 80, died of natural causes Monday in South Pasadena, Fla.

Born in Hingham in Sheboygan County, he played varsity basketball at Milwaukee State Teachers College and then baseball and basketball for Allen-Bradley in the days when company teams were a big part of America's sports scene.

He worked for Allen-Bradley for 40 years, most of it in the

recreation area, heading the department for the last 20. He retired in 1977 and moved to Florida.

He served as president of the National Industrial Basketball League and of the National AAU Basketball Committee. He also was a member of two Olympic basketball committees.

He was preceded in death by his first wife, Jane.

He is survived by his wife, Virginia; a son, Peter, of Milwaukee; a daughter, Jane Bolan, of Andover, Minn.; and a stepson, Jeffrey Wiley, and stepdaughter, Gaylin Crenshaw, both of St. Petersburg.

Visitation will be Saturday at St. John the Baptist Church in Plymouth from 9 to 11 a.m., when the service will be held.

## DEATHS ELSEWHERE

### Richard Frank
Actor

Los Angeles — Richard Frank, a critically acclaimed stage actor who achieved his greatest popularity as Jules Bennett on the television series "Anything but Love," has died. He was 42.

Frank died Sunday of complications of AIDS.

### Les Blacklock
Photographer

Moose Lake, Minn. — Les Blacklock, a renowned wildlife photographer who shaped his craft in the bogs and forests of his native Minnesota, has died at 74.

Blacklock's first book, "The Hidden Forest," which he wrote with Sigurd Olson, explored Minnesota's north country.

Blacklock died Wednesday.

### Sterling Morrison
Musician

Poughkeepsie, N.Y. — Sterling Morrison, who played guitar as a charter member of the 1960s rock group Velvet Underground, is dead at 53.

Morrison, who died Wednesday of non-Hodgkin's lymphoma, joined Lou Reed, John Cale and Maureen "Moe" Tucker to form the Velvet Underground in 1965. The band's amphetamine-driven guitar sound and nervy ballads of transgression were a stark alternative to the predominantly [illegible] counterculture music of the [illegible].

The band broke up in the early '70s. [Morrison appeared in Milwaukee in October 1994 with a band led by Tucker.]

Morrison was born Holmes Sterling Morrison Jr.

### Bjorn Kjellstrom
Compass inventor

Stockholm, Sweden — Bjorn Kjellstrom, an inventor of a user-friendly compass who introduced the sport of orienteering to North America, has died at 84.

A spokesman for the company he founded in Sweden said Kjellstrom, who lived in the United States, died last Saturday in Stockholm after a long illness. The New York Times reported that he suffered from Parkinson's disease.

Kjellstrom founded Silva Sweden, a leading compass maker. Its U.S. division, Silva Inc., was founded in 1946, the year Kjellstrom helped coin the term "orienteering" in a country where the sport was unknown.

In the 1930s in Sweden, Kjellstrom, his brother, Alvar, and their friend, Gunnar Tillander, were active in orienteering, a sport that involves running or skiing through unmarked woods with the aid of a map and a compass. In 1932, the three patented a compass in which they attached a protractor to the directional needle and placed both in a liquid-filled case. The device, which became standard, was easier to read and use than were earlier compasses.

A spokesman for the Johnson Worldwide Associates in Racine, Wis., said more than a [illegible] million Silva compasses [illegible] sold in [illegible]. Johnson Worldwide Associates is one of the world's largest manufacturers of recreational equipment.

# DEATH NOTICES

| | | | |
|---|---|---|---|
| Bentz, Kerry W. | Joers, Ruth E. | Meier, Betty G. | Scanlon, Robert T. |
| Fisher, Kenneth R. | Johnson, Gladys | Meister, Oliver E. | Stephan, Donald A. |
| Gibes, Edmund L. | Kania, Florence | Noe, Gilbert H. | Tangle, Johnnie W., Sr. |
| Gosz, Jason D. | Krause, Carl A. | Ondrejech, Terence M. | Van Dinter, Judith K. |
| Griebling, Earl A. | Kraus, Paul L. | Polinske, Heino W. | Volkert, Alfred D. |
| | | | Wehner, Anna |

**Bentz, Kerry W.**

CEDARBURG August 31 1995 age 20 years Beloved son of Roger and Fran (Nee May) Dear brother of Graham also survived by his grandmother Mabel Bentz aunts uncles cousins other relatives and friends Funeral Sunday eve September 3 7 PM at Advent Lutheran Church W63 N642 Washington Ave Cedarburg Interment Zur Ruhe Cemetery Cedarburg In state at the CHURCH Sunday from 4-7 PM Memorials to the American Cancer Society or the Charity of your choice appreciated

EERNISSE FUNERAL HOME
Port Washington 284-2601

**Fisher, Kenneth R.**

Residence Brookfield Found peace with God Aug 31 1995 at the age of 62 years Loving husband of Margaret Loving father of Russell J (Debra L) and Donald Scott (Susan L) Grandpa of Jennifer A and James I Brother of Norma (Allen) Dahlvig and Cheryl (Jeffrey) Zdroik Further survived by other relatives and friends

Visitation at the Funeral Home Tues Sept 5th from 10 AM until Noon Services will be private Private Entombment Wisconsin Memorial Park

Founder Chairman of the Board and President of Contemporary Products Inc

Memorials preferred to American Heart Association Waukesha Division

BECKER RITTER ELMBROOK
Michael Feerick Assoc
14075 West North Ave 782-5330

**Gibes, Edmund L.**

Of Oconomowoc Ed loved the Lord Jesus Christ and went home to Him on August 27 1995 at the age of 77 years Beloved husband and best friend of Nancy Scoles Gibes Loving father of Thomas E (Joanne) Gibes of Oconomowoc Margaret (Bernard) Daly of North Palm Beach FL Douglas Gibes of Hartford Stephan Gibes of Portland OR Sgt Gregory (Pamela) Henry of Belgium Capt Dianne (John) Walker of Seoul Korea and Brenda (Richard) Urban of Mt Dora FL Proud grandfather of Christopher Daniel Meg Thomas Edmund Gibes Melissa Webster Teresa Matthew and Anthony Edmund Henry and Garrett Urban Dear brother of Lolly Popecha of Shorewood Dorothy Urban of Columbia SC and Trudy Finn of Del Ray Beach FL Also survived by other relatives and friends

Visitation Sunday at Wisconsin Memorial Park Chapel of the Chimes from 1 00 PM until the time of Services at 2 30 PM with Rev Donald Skaggs of Brookfield Assembly of God officiating Private Entombment Memorials to National Kidney Foundation appreciated

Founder and President for over 30 years of the E Gibes Distributing Co Avid collector of an[tique] and classic cars President of the [illegible]

[illegible] and left the world a better place

"He will be missed"

BECKER RITTER ELMBROOK
Michael Feerick Assoc
14075 West North Avenue 782-5330

**Gosz, Jason D.**

Age 20 years of Shaw Air Force Base South Carolina formerly of Cedarburg Beloved son of Jane Gosz and Robert (Ann) Gosz
Please see Sundays paper for complete notice

SCHMIDT & BARTELT
774-5010 Wauwatosa

**Griebling, Earl A.**

See Fri Journal Sentinel or call
KRAUSE FUNERAL HOME
7001 W Brown Deer Rd 354-9400

**Joers, Ruth E.**

Died in her Savior's Arms at Luther Manor on Aug 30 1995 age 81 years Beloved sister of the late Esther L Joers Dear aunt of Elmer (Marilyn) Joers Special great aunt of Robert (Denise) Joers and Kathleen (Jerome) Zwolak Great great-aunt of Christopher and Michelle Godmother of Shirley Sondalla Special friend of Harry C Walker Also survived by cousins other relatives and friends Funeral Services Sat Sept 2nd at 11 AM at Our Redeemer Lutheran Church 10025 W North Ave Visitation at the Church on Sat from 9 AM to time of Services at 11 AM Entombment Wisconsin Memorial Park Memorials to Milwaukee Lutheran High School or Our Redeemer Lutheran Church would be appreciated

HARDER FUNERAL HOME-MILWAUKEE

**Johnson, Gladys**

Age 91 Survived by 1 sister 4 grandchildren nieces nephews other relatives and friends Funeral Services on Tues Sept 5 1995 at 2 PM at the Funeral Home Visitation from 12 00 Noon until the time of Services Interment Arlington Cemetery

BRETT FUNERAL HOME
2091 W Wisconsin Ave 342-0692

**Kania, Florence**

(Nee Utter) Fri Sept 1 1995 age 74 years Beloved wife of Frank Dear mother of Daniel (Janine) and the late Doris Grandmother of Tiffany (Robert) Meyer and Russell (Annette) Great-grandmother of Daniel Michael Alexander James and Matthew Adam Sister of Hazel Hopfensperger Olive Strasen Ina Boesen Stanley Utter and the late Marion Utter Also survived by brothers-in-law sisters-in-law other relatives and friends Visitation Mon from 9-10 AM at St Matthias Church S 93rd and W Beloit Rd followed by Mass of Christian Burial at 10 AM Interment Wisconsin Memorial Park Tues 3 PM meeting in red zone of front entrance Florence worked for Milwaukee Cunio Press and W A Krueger Co

HERITAGE FUNERAL HOMES
Tebo-Peppey-Klemmer & Scheuerell Chapel
321 7440

**Krause, Carl A.**

Residence Milwaukee Was called home Wed Aug 30 age 80 years Complete notice in Sunday paper

BORGWARDT FUNERAL HOMES
FRED J BORGWARDT
Milwaukee 645-8830

**Kraus, Paul L.**

Born to Eternal Life Aug 31 1995 at the age of 92 years Beloved brother of Marie (Kraus) Mages Preceded in death by brother Victor J and sister Clementine K Kraus Fond uncle of Kay (Fred) Howard Jane (Richard) Rech Dorothy Doherty Nancy (Joseph) Janik Virginia (Norman) Rambo and James (Katherine) Kraus Also survived by other relatives and many caring friends

Paul was a 35 yr employee of the Wisconsin State Employment Service in Milwaukee retiring as Assistant Manager 70 yr member of Pere Marquette Council No 524 Knights of Columbus Paul will always be remembered for how his piano playing enlivened church programs social events and family gatherings

Visitation Mon at St Pius X Church 75th and Wright St from 9 30 a m until the time of the Mass of Christian Burial at 11 a m followed by a reception Interment services Tues 11 30 a m at Holy Cross Cemetery Memorials to St Pius X Parish or San Camillo appreciated

BECKER RITTER ELMBROOK
Michael Feerick Assoc
14075 W North Ave 782-5330

**Meier, Betty G.**

Born to Eternal Life on Aug 27 1995 age 67 years Beloved wife of Warren Mother of Sandra (Tom) Vap Heest Jay (Bonnie) Meier and Glen (Sharon) Meier Grandmother of Eric, Nancy, Mike Jennifer Kevin Andy and Ben Sister of Sally Mayer Interment Wisconsin Memorial Park

SCHMIDT & BARTELT
WAUWATOSA

**Meister, Oliver E.**

See Sun Journal Sentinel or call
KRAUSE FUNERAL HOME
12401 W NATIONAL/OKLAHOMA 786-8009

**Noe, Gilbert H.**

Of West Allis died Fri Sept 1 1995 at the age of 78 years Preceded in death by his parents Henry and Elsie Noe and brother Henry Dear brother-in-law of Pat Noe

Funeral Service 7 PM Tues Sept 5th at the Funeral Home Visitation from 4 PM until time of Service Interment Graceland Cemetery

BORGWARDT FUNERAL HOMES
JOHN G BORGWARDT
1603 S 81st Street
West Allis 476-2010

**Ondrejech, Terence M.**

August 31 1995 Age 57 years Father of Deanna (Jim) Wachholz Patricia Ondrejech Jennifer (Dan) Rozwadowski Jon Ondrejech Sandy (Ken) Myers and Bonnie (Don) Ebert Brother of Judy (Bill) Vitacco Further survived by 3 grandchildren other relatives and friends Prayer Service Sun Sept 3 7 00 PM Private interment Wood National Cemetery Friends may call at the FUNERAL HOME on Sunday 4 PM to time of Service

FRANZEN, JUNG, KAUFMANN & WEIAND
LEE & KOESKE ASSOCIATES
W Appleton Ave at N 76th Street

**Polinske, Heino W.**

See Fri Journal Sentinel or call
KRAUSE FUNERAL HOME
9000 W CAPITOL DR 464-4640

**Scanlon, Robert T.**

Born to Eternal Life August 31 at the age of 81 Resident of Milwaukee Beloved husband of Theola Scanlon (Nee Regan) Loving father of Brigid Boyle Dear grandfather of Erin and Meghan Boyle and Billy and Alex Uniack Brother of Margaret Himmelspach and John (Jack) Scanlon

A Memorial Mass will be held Tuesday at 6 30 PM at St Robert's Catholic Church Mr Scanlon was a WWII Veteran and a lifetime member of the Alonzo Cudworth Post In lieu of flowers memorial remembrances may be made to the charity of one's choice

FEERICK FUNERAL HOME 962 8383

**Stephan, Donald A.**

Aug 31 1995 age 74 Beloved husband of Elaine Complete notice to follow

KRAUSE FUNERAL HOME
9000 W CAPITOL DR 464-4640

[illegible] sister [illegible] relatives and friends Services Tues 11 a m Antioch Missionary Baptist Church 2033 W Congress Visitation Mon 2 to 6 p m at Leon L Williamson Funeral Home Interment Graceland Cemetery

Leon L Williamson Funeral Home
2157 N 12th St 374-1812

**Van Dinter, Judith K.**

(Nee Madole) Age 54 years Aug 29 1995 Beloved wife of Bernard Dearest mother of Jennifer Dear daughter of the late Alexander and Oril Madole Dear sister of Mary Claire Madole (Charles Harkness III) and John F (Gloria) Madole and the late Alexander W Madole Jr Dear daughter-in-law of Margaret E Van Dinter Dear sister-in-law of Barbara A Harbrecht Dear aunt of Megan Harkness-Madole Brian (Ellen) Harbrecht Christian Harbrecht and Laura (John) Reese Dear niece of Leona Madole Dear cousin of Mary Jane Madole and Kathryn Ann Madole Further survived by other relatives and friends Funeral Mass Sun 7 PM at ST MARY'S CHURCH-HALES CORNERS 9520 W Forest Home Ave Family and friends will meet Tues 10 AM at the main gate of Arlington Park Cemetery for Committal Services Memorials to the Blood Center of Southeastern Wisconsin suggested Visitation Sun 5-7 PM (AT THE CHURCH)

MAX A SASS & SONS
MISSION HILLS DIRECTORS 427-0707

**Volkert, Alfred D.**

GRAFTON August 31 1995 age 72 years Beloved husband of Betty (Nee Miller) Dear father of Julia Harlacher Michael (Nancy) David (Lori) and Scott (Debbie) Volkert Also survived by 6 grandsons 1 sister Betty Corrigan nieces nephews other relatives and friends Funeral Saturday September 2 12 Noon at the Hanley-Turner Funeral Home Earlsville IL Interment Precinct Cemetery Earlsville IL In state at the Hanley Turner Funeral Home in Earlsville, IL Saturday from 10 AM until time of Services Memorials to the American Cancer Society appreciated

EERNISSE FUNERAL HOME
Port Washington 284-2601

**Wehner, Anna**

(Nee Bobitz) Tues Aug 29 1995 age 91 Wife of the late Joseph Dear mother of Dolores (Mike) Brewster Anita (Ron) Bukowski and the late Joseph A Wehner Mother-law of Lois Wehner-Walder Grandmother of Joseph (Chris) Debbie Julie (Randy) Shared Michael A Brewster Frances A (Gary) Schaaf Janis M (Thomas) Giguere Anne (Greg) Prince Cathy Mary (Ronald) Pleasent Terri and Matthew Bukowski Also survived by 8 great-grandchildren a brother a sister other relatives and friends Visitation Tues 9-30 11 AM at ST MATTHIAS CHURCH S 95th and Beloit Rd with Mass of Christian Burial at 11 AM followed by Entombment St Adalbert's Cemetery Memorials to St Matthias Parish appreciated

HERITAGE FUNERAL HOMES
Tebo-Peppey-Klemmer & Scheuerell Chapel
321 7440

**Card of Thanks** or an **In Memoriam** in the Milwaukee Journal Sentinel may be Placed by calling 224-2121

**25 Cemetery-Crypts**

DOUBLE CRYPT Wisconsin Memorial Park Gardens of Eternal Life $3800/offer 414 922 0226

WISCONSIN Memorial Park Double Crypt Garden of the Last Supper $4200 1 715 235 4133

DOUBLE Crypt Wisconsin Memorial Park located in Liberty Court $4000 783 4087

HIGHLAND Memorial Park (4) plots To settle estate $2000 for all 715 448 3359

WISCONSIN Memorial Park single crematory columbarium $700/offer 715 546 2620

2 PLOTS at Highland Memorial [illegible] $[illegible] Call 536 [illegible]

3 PLOTS Sect M of Forest Home Cemetery $1200 414-878 1123

(4) GRAVE LOTS Block 23A sublot #55 Wisconsin Memorial Park $1200 796 0645

**30 Funeral Directors**

SINCE 1887
Schmidt & Bartelt
FUNERAL SERVICE
A Friend to the Family
· Milwaukee · Wauwatosa
· Whitefish Bay · Mequon
· Menomonee Falls · Sussex
· Oconomowoc · Mukwonago

BRUSKIEWITZ FUNERAL HOMES
2101 W Mitchell St 645 1013
5355 W Forest Home 321 1700

**30 Funeral Directors**

Schaff
FOR 4 GENERATIONS DIGNIFIED SERVICE
W Lincoln Ave at 60th
541 7533

Harder Funeral Home
4217 W Fond duLac 442-6912
8740 W Capitol Dr 781 8350

**35 Probate, Wills, etc.**

WE SPECIALIZE IN SELLING ESTATE HOMES
Randall Properties 774-9944

Case 2:19-cv-01106-PP Filed 03/20/24 Page 3 of 3 Document 119-74